IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO CASARES JUAREZ, | No. C 07-4317 RMW (PR) |
| Petitioner, | ORDER OF DISMISSAL |
| vs. | |
| ATTORNEY GENERALS, et al., | |
| Respondents. | |

On August 22, 2007, petitioner, proceeding pro se, filed the instant habeas corpus petition. On that same day, the court sent a notification to petitioner that he had neither paid the filing fee nor submitted a correct form for his application for leave to proceed in forma pauperis. The court provided a copy of the correct form for application to proceed in forma pauperis, along with a return envelope, instructions, and a notification that the case would be dismissed if petitioner failed to pay the fee or file the completed application within thirty days.

As of the date of this order, plaintiff has not communicated with the court, nor filed a completed in forma pauperis application or paid the filing fee.

//

//

Order of Dismissal
P:\pro-se\sj.rmw\hc.07\Juarez317disifp           1

1  Accordingly, the instant habeas action is dismissed without prejudice for failure to submit
2  a completed in forma pauperis application or pay the filing fee.  The clerk shall terminate
3  any pending motions and close the file.
4      IT IS SO ORDERED.
5  DATED: 10/29/2007
                                 */s/ Ronald M. Whyte*
                                RONALD M. WHYTE
6                                  United States District Judge

1  This is to certify that on ___11/6/2007_____, a copy of this ruling was mailed to the following:

3  Gilberto Casares Juarez
   J-83144/ RB340
4  Correctional Training Facility - Soledad
   P.O. Box 705
5  Soledad, CA  93960

Order of Dismissal
P:\pro-se\sj.rmw\hc.07\Juarez317disifp            3