IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GILBERTO CASARES JUAREZ, | ) | No. C 07-4317 RMW (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| ATTORNEY GENERALS, et al., | ) | |
| Respondents. | ) | |

    The court has dismissed the instant habeas petition without prejudice for petitioner's failure to pay the filing fee or file a completed in forma pauperis application. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

    IT IS SO ORDERED.

DATED: 10/29/2007

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\pro-se\sj.rmw\hc.07\Juarez317jud    1

1 | This is to certify that on ___11/6/2007_____, a copy of this ruling was mailed to the following:

2

3 | Gilberto Casares Juarez
J-83144/ RB340
4 | Correctional Training Facility - Soledad
P.O. Box 705
5 | Soledad, CA  93960

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Judgment
P:\pro-se\sj.rmw\hc.07\Juarez317jud         2